IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JEAN CARLOS VERA VERGARA, § | |
| § | |
| Petitioner-Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:25-CV-02075-E-BT |
| § | |
| KRISTI NOEM Secretary of Homeland § | |
| Security, in her official capacity, et al. § | |
| § | |
| Respondent-Defendant. § | |

## **ORDER**

Before the Court is Petitioner-Plaintiff Jean Carlos Vera Vergara (Vera)'s Verified Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 and Complaint for Declaratory and Injunctive Relief; Emergency Application for Temporary Restraining Order and Preliminary Injunction, (ECF No. 1), which alleges that Vera has been unlawfully civilly detained and placed into an expedited removal proceeding. Vera's related request for injunctive relief provides:

> Mr. Vera seeks individual relief to: (a) enjoin DHS from placing or keeping him in expedited removal or otherwise removing him during the pendency of his immigration case; (b) require DHS to maintain him, if detained at all, only under 8 U.S.C. § 1226 with a prompt custody hearing before an Immigration Judge; (c) preserve his access to counsel and this Court; and (d) declare that dismissal cannot be used as a pretext to evade ongoing § 240 adjudication and the right to seek asylum before an IJ.
> [. . . .]
> He requests an immediate TRO and, after notice, a preliminary injunction ordering that Respondents:
> (a) STAY any removal, expedited removal initiation (I-860), or execution;
> (b) PROVIDE immediate and continued access to counsel and to this Court;
> (c) PRODUCE Petitioner for hearing as needed and refrain from transferring him outside the Northern District of Texas absent 48 hours' notice to counsel and the Court;
> (d) MAINTAIN Petitioner, if detained at all, solely under 8 U.S.C. § 1226 and afford him a prompt custody/bond hearing before an Immigration Judge; and

  (e) PRESERVE all records and ESI relevant to the Aug. 5, 2025 arrest, EOIR dismissal, and any DHS decisions concerning Petitioner.

(ECF No. 1 at 2, 7-8). The Court, (i) as a part of its inherent docket control powers[1] and (ii) to ensure the prompt consideration of Petitioner-Plaintiff's requested relief, enters the following orders.

**IT IS ORDERED THAT:**

1. **Respondent-Defendants**—Kristi Noem, Secretary of Homeland Security, in her official capacity; Todd Lyons, Acting Director of Immigration and Customs Enforcement (ICE), in his official capacity; and Josh Johnson, Acting Director of the Dallas Field Office of ICE, Enforcement and Removal Operations, in his official capacity—**or any officer, agent, servant, employee, attorney, or representative acting on behalf of Respondents-Defendants SHALL NOT take any further action or steps to deport or remove Petitioner from the United States to another country, territory, or foreign territory, or to circumvent the provisions of this Order until September 18, 2025, when the Court anticipates ruling on the pending Emergency Application for Temporary Restraining Order and the underlying Petition.**

2. Respondents-Defendants shall file a notice of appearance in this action by **August 14, 2025**;

3. Pursuant to Federal Rule of Civil Procedure 65(b)(1), by **August 14, 2025**, Petitioner-Plaintiff must file a supplement to his TRO that (i) clearly shows the immediate and irreparable injury, loss, or damage will result before Respondents-Defendants can be heard in opposition; and (ii) includes a written certification from counsel of any efforts made to

---

[1] The Fifth Circuit has further recognized the Court's inherent power "to control its own "to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants" *In re Beebe*, 56 F.3d 1384 (5th Cir. 1995).

give notice to Respondents-Defendants and the reasons why such notice should not be required; and

4. Counsel for Petitioner-Plaintiff is DIRECTED to notify the United States Attorney for the Northern District of Texas of his lawsuit and of this Order. Further, Petitioner-Plaintiff shall file a notice on the docket of this case explaining how he complied with providing notice.

**SO ORDERED.**

7th day of August, 2025.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE