IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JEAN CARLOS VERA VERGARA,<br>  *Petitioner-Plaintiff*,<br><br>  v.<br><br>KRISTI NOEM,<br> Secretary of Homeland Security, et al.<br>  *Respondents-Defendants.* | Civil Action No. 3:25-CV-02075-E-BT |

### ORDER GRANTING PETITIONER'S UNOPPOSED MOTION
### FOR LEAVE TO FILE REPLY BRIEF OUT OF TIME

  Before the Court is Petitioner Jean Carlos Vera Vergara's *Unopposed Motion for Leave to File Reply Brief Out of Time* (ECF No. 20). Having considered the motion, the absence of opposition, and the record in this case, the Court finds that good cause exists to grant the requested relief under Federal Rule of Civil Procedure 6(b)(1)(B).

  Accordingly, it is hereby ORDERED that:

1. Petitioner's *Unopposed Motion for Leave to File Reply Brief Out of Time* is GRANTED.

2. Petitioner's Reply in Support of his Motion for Temporary Restraining Order, filed on November 4, 2025, is deemed timely filed and shall be considered by the Court in ruling on the underlying motion.

So ORDERED and SIGNED this 5th day of November, 2025.

                   _____
                   REBECCA RUTHERFORD
                   UNITED STATES MAGISTRATE JUDGE