IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JEAN CARLOS VERA VERGARA, § | |
| § | |
| Petitioner-Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:25-CV-02075-E-BT |
| § | |
| KRISTI NOEM Secretary of Homeland § | |
| Security, in her official capacity, et al., § | |
| § | |
| Respondents-Defendants. § | |

# **ORDER**

On September 18, 2025, the Court entered the following order to ensure the prompt and complete consideration of Petitioner-Plaintiff's requested relief:

> **Respondent-Defendants**—Kristi Noem, Secretary of Homeland Security, in her official capacity; Todd Lyons, Acting Director of Immigration and Customs Enforcement (ICE), in his official capacity; and Josh Johnson, Acting Director of the Dallas Field Office of ICE, Enforcement and Removal Operations, in his official capacity—**or any officer, agent, servant, employee, attorney, or representative acting on behalf of Respondents-Defendants SHALL NOT take any further action or steps to deport or remove Petitioner from the United States to another country, territory, or foreign territory, or to circumvent the provisions of this Order until Monday, December 8, 2025, when the Court anticipates ruling on the pending Emergency Application for Temporary Restraining Order and the underlying Petition**.

(ECF No. 14 at 1–2). In light of the relief requested and the thorough briefing of the parties, the Court determines that additional time to address the outstanding issues in this action. Therefore, the Court enters the following orders.

**IT IS ORDERED THAT:**

1. **Respondent-Defendants**—Kristi Noem, Secretary of Homeland Security, in her official capacity; Todd Lyons, Acting Director of Immigration and Customs Enforcement (ICE), in his official capacity; and Josh Johnson, Acting Director of the Dallas Field Office of ICE, Enforcement and Removal Operations, in his official capacity—**or any officer, agent, servant, employee, attorney, or representative acting on behalf** of Respondents-

Defendants **SHALL NOT** take any further action or steps to physically deport or remove Petitioner-Plaintiff from the United States to another country, territory, or foreign territory, or to circumvent the provisions of this Order until <u>Monday, February 9, 2026</u>.

2. Although Respondent-Defendants shall not physically remove Petitioner-Plaintiff **JEAN CARLOS VERA VERGARA** from the United States, Respondent-Defendants may otherwise pursue his removal—including but not limited to requesting travel documents.

**SO ORDERED THIS 7th DAY OF January, 2026.**

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE