IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JEAN CARLOS VERA VERGARA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | No. 3:25-cv-2075-E (BT) |
| | § | |
| MARKWAYNE MULLIN, Secretary of | § | |
| Homeland Security, in his official capacity, | § | |
| et al.,[1] | § | |
| | § | |
| Respondents. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. By separate judgment, Petitioner's habeas action will be **DISMISSED** with prejudice.

SO ORDERED June 18, 2026.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE

---

[1] *See* Fed. R. Civ. P. 25(d). Secretary Markwayne Mullin was sworn in on March 24, 2026, and is automatically substituted for former Secretary Kristi Noem as the defendant in this action.